UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21056-CV-DIMITROULEAS

Juan Carlos Bolivar Sanchez,

    Petitioner,

v.

The United States Department of Homeland Security, (DHS), Kristi Noem, The United States Department of Immigration and Customs Enforcement (ICE), Todd Lyons, and Mario Izquierdo, as warden,

    Respondents.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Juan Carlos Bolivar Sanchez ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition") [DE 1], filed February 17, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **February 25, 2026**, Respondents shall file a response to the Petition. Petitioner may file a reply on or before March 4, 2026.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov